IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA STOCKTON**  **PLAINTIFF**
**ADC #169885**

v.   Case No. 4:24-cv-00155-LPR

**DEXTER PAYNE, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 8) and the Plaintiff's Objections (Doc. 9). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 5) is DENIED. This case is DISMISSED without prejudice. Within thirty (30) days of the date of this Order, Plaintiff may reopen this case by paying the $405 filing fee in full and filing a Motion to Reopen. Plaintiff's pending motion to voluntarily dismiss certain Defendants (Doc. 7) is DENIED as moot.

IT IS SO ORDERED this 5th day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE