IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA STOCKTON**                                                                        **PLAINTIFF**
**ADC #169885**

v.                            Case No. 4:24-cv-00155-LPR

**DEXTER PAYNE, et al.**                                                     **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 5th day of November 2024.

                                                     _____
                                                     LEE P. RUDOFSKY
                                                     UNITED STATES DISTRICT JUDGE